Elizabeth Friese and Walter E. Friese, Appellants, v. George R. Friese et al., Appellees.

Gen. No. 42,266.

opinion filed December 21, 1942; rehearing denied January 5, 1943. Edward Sager, for appellants; Edwin Terwilliger, of counsel; Peter D. Giachini, for certain appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''

George L. W. Moore and Clara Moore, Appellees, v. Bridget H. Sullivan, Administratrix De Bonis Non of Estate of James W. Moore, Deceased, Appellant.

Gen. No. 42,212.

opinion filed December 21, 1942. David J. A. Hayes, for appellant; Benjamin M. Becker and H. Burton Schatz, for appellees. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''